No. 1023. BLANCHARD IMPORTING & DISTRIBUTING Co., INC. v. CHARLES GILMAN & SON, INC., ET AL. C. A. 1st Cir. Certiorari denied. *Harold E. Cole* for petitioner.

No. 1025. ROYAL COURT APARTMENTS, INC. v. UNITED STATES. Ct. Cl. Certiorari denied. *Carl L. Shipley* for petitioner. *Solicitor General Marshall* for the United States.

No. 1027. ALABAMA ELECTRIC COOPERATIVE, INC. v. SECURITIES AND EXCHANGE COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. *Bennett Boskey, Joseph Volpe, Jr.,* and *J. M. Williams, Jr.,* for petitioner. *Solicitor General Marshall, Philip A. Loomis, Jr., David Ferber, Ellwood L. Englander* and *Richard E. Nathan* for the Securities and Exchange Commission, and *John Bingham* and *Ezekiel G. Stoddard* for Alabama Power Co. et al., respondents.

No. 1031. BAKES v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Joseph I. Bulger* for petitioner. *Solicitor General Marshall, Acting Assistant Attorney General Roberts, Joseph M. Howard* and *John M. Brant* for the United States.

No. 1033. HEINZE, WARDEN v. CUNNINGHAM. C. A. 9th Cir. Certiorari denied. *Thomas C. Lynch,* Attorney General of California, and *Doris H. Maier,* Assistant Attorney General, for petitioner.

No. 1042. CARR v. UNITED STATES. Ct. Cl. Certiorari denied. *Henry R. Carr* for petitioner. *Solicitor General Marshall* for the United States.